

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00562-CV

**Zuehl Land Development, LLC, Dorothy Golding and Diane Wiemann**

**v.**

**Zuehl Airport Flying Community Owners Association, Inc.**

NO. 08-1872-CV IN THE 274TH DISTRICT COURT OF GUADALUPE COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 12/04/2014 | E-PAID | APE |
| MT FEE | $10.00 | 10/15/2014 | E-PAID | ANT |
| RPT RECORD | $2,857.75 | 09/12/2014 | UNKNOWN | ANT |
| SUPP CLK RECORD | UNKNOWN | 07/30/2014 | UNKNOWN | UNK |
| CLK RECORD | UNKNOWN | 07/09/2014 | UNKNOWN | ANT |
| TRANSFER | $20.00 | 06/20/2014 | TRANSFER | ANT |
| TRANSFER | $100.00 | 06/20/2014 | TRANSFER | ANT |
| TRANSFER | $25.00 | 06/20/2014 | TRANSFER | ANT |
| TRANSFER | $50.00 | 06/20/2014 | TRANSFER | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $3,072.75.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby

certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this July 3, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**